AO 243 (Rev. 2/95)

**PETITION UNDER 1 JSC § 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

B-04-027

| UNITED STATES DISTRICT COURT | District SOUTHERN DISTRICT OF TEXAS |
|---|---|
| Name of Movant ROLANDO JESUS ARAMBUL | Prisoner No. 82503-079 | Case No. CR-B-02-005-04 |

Place of Confinement FCI - Three Rivers; P.O. Box 4200; Three Rivers, Texas 78071

UNITED STATES OF AMERICA　V.　ROLANDO JESUS ARAMBUL
(name under which convicted)

United States District Court
Southern District of Texas
FILED
FEB 17 2004
Michael N. Milby
Clerk of Court

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _____
   United States District Court, Southern Dist. Of Texas - Brownsville Division

2. Date of judgment of conviction  6-8-02

3. Length of sentence  210 Months, 5 yrs SRT, $ 100.00 SA, Fine None

4. Nature of offense involved (all counts)  21:846, 841(a)(1) & 841(b)(1)(A) Cosnp. to Dist.
   a qty. exceeding 1000 kilograms of marijuana; 21:841 (a)(1) & 841(b)(1)(A)
   and 18:2 Possess w/i to dist. a qty. exceeding 1000 kilograms, that is approx.
   3,961.4 kilograms (8,716 lbs) gross weight of marijuana.

5. What was your plea? (Check one)
   (a) Not guilty　　　☒
   (b) Guilty　　　　☐
   (c) Nolo contendere　☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   _____
   _____
   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury　　　　☒
   (b) Judge only　☐

7. Did you testify at the trial?
   Yes ☐　　No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒　　No ☐

(2)

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court  United States Court of Appeals - Fifth Circuit

   (b) Result  Court concedes that the appeal argument is foreclosed by United States vs. Slaughter.

   (c) Date of result  November 26, 2003

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐   No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

       (2) Nature of proceeding _____

       (3) Grounds raised _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
          Yes ☐   No ☒

       (5) Result _____

       (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

       (1) Name of court _____

       (2) Nature of proceeding _____

       (3) Grounds raised _____

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.   Yes ☐   No ☒
(2) Second petition, etc.,   Yes ☐   No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
N/A

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

   Caution:   If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

   (b) Conviction obtained by use of coerced confession.

(4)

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: ~~INEFFECTIVE ASSITANCE OF COUNSEL~~

Supporting FACTS (state *briefly* without citing cases or law)
SEE BRIEF IN SUPPORT OF SECTION 2255, attached hereto.

B. Ground two: Incorrect application of no credit for acceptance of responsibility.

Supporting FACTS (state *briefly* without citing cases or law)
SEE BRIEF IN SUPPORT OF SECTION 2255, attached hereto.

C. Ground three:

Supporting FACTS (state *briefly* without citing cases or law)

D.  Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____
_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

~~Becasue of ineffective assistance of counsel, I was not allowed to~~
voluntarily enter a plea of "Guilty"; thereby forgoing my receipt of the
~~3 point reduction as allowed by the Federal Sentencing Guidelines.~~

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing   FRED KOWALSKI: BROWNSVIULE TEXAS

    (b) At arraignment and plea   ~~SAME~~

    (c) At trial  SAME

    (d) At sentencing  ~~SAME~~

(6)

(e) On appeal _____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    _____

    _____

    (b) Give date and length of the above sentence: _____

    _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐    No ☒

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

                                                          PRO SE
                                                _____
                                                 Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

2-11-04
_____
(Date)

I further certify that a true and correct copy of the foregoing has been mailed to the office of the Assistant U.S. Attorney.

                                                 Rolando Arambul
                                                _____
                                                  Signature of Movant

                                                 Rolando Arambul  2-11-04

(7)