# United States District Court

Southern DISTRICT OF Texas - Brownsville Div.

United States of America

v.

Rolando Jesus Arambul

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: Criminal No. B-02-005-04
CV-B-04-027

I, Rolando J. Arambul, declare that I am the (check appropriate box)

- ☐ petitioner/plaintiff
- ☒ respondent/defendant
- ☐ movant (filing 28 U.S.C. 2255 motion)
- ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Motion to Vacate Sentence, pursuant to 28 U.S.C. sec. 2255, due to ineffective assistance of counsel for failure of counsel to follow client's directives in entering plea of guilty.

In further support of this application, I answer the following questions.

1. Are you presently employed? Yes ☐ No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment  Yes ☐  No ☒
   b. Rent payments, interest or dividends?  Yes ☐  No ☒
   c. Pensions, annuities or life insurance payments?  Yes ☐  No ☒
   d. Gifts or inheritances?  Yes ☐  No ☒
   e. Any other sources?  Yes ☐  No ☒