4

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

APR 0 8 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ROLANDO JESUS ARAMBUL | * | |
| VS | * | C.A. NO. B-04-027 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-02-005-04) |

United States District Court
Southern District of Texas
ENTERED

APR 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **June 8, 2004**.

DONE at Brownsville, Texas, this 8th day of April 2004.

_____
Felix Recio
United States Magistrate Judge