UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROLANDO JESUS ARAMBUL,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§<br>§   CIVIL ACTION NO. B-04-027<br>§   (CRIMINAL NO. B-02-005-04)<br>§<br>§ |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of the Magistrate Judge in the above-referenced cause of action. After a de novo review of the file, the Report and Recommendation of the Magistrate Judge is hereby ADOPTED. Accordingly, the Government's Motion to Dismiss (Docket No. 5) is GRANTED and the Petitioner's Section 2255 motion is DENIED.

DONE at Brownsville, Texas this 20th day of September, 2004.

Hilda Tagle
United States District Judge