AWK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

Rolando Jesus Arambul
P.O. Box 4200
Three Rivers, TX

Case: 1:04-cv-00027 Instrument: 7 (1 pages)

RETURN TO SENDER
☐ Insufficient Address
☐ Moved, Left No Address
☐ Forwarded and Returned
☐ Addressed not Known
☐ No Such Street or Number
☐ Vacant Business
☐ Firm or Corporation
☐ Business Moved
☐ Refused by Person Addressed

Michael N. Milby, Clerk



United States District Court
Southern District of Texas
RECEIVED
OCT 0 7 2004



Hasler



$00.370
Mailed From 77002
09/21/2004
US POSTAGE

012H1620294G